900 F.2d 249
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Eugene B. ANDERSON, et. ux; Prisna Anderson, Plaintiffs-Appellants,
v.
UNIVERSITY OF MARYLAND SCHOOL OF LAW; Michael Kelly, c/o
University of Maryland School of Law; Peter E. Keith;
Susan J. Mathias; Peter W. Taliafero, Office of the
Attorney General; Christine Steiner, Office of the Attorney
General; Stephen H. Sachs; Harry Hughes, c/o Patton, Boggs
& Blow; Carolyn J. Mcelroy, Office of the Attorney General;
Dale P. Kelberman, Office of the Attorney General; Stefan
D. Cassella, Office of the Attorney General; H. Chester
Goudy, Jr., Fifth Judicial Circuit; M. Lynn Grapp, Anne
Arundel County Courthouse; Kathleen Higgins, Anne Arundel
County Courthouse; Mary A. Ziepolt, Anne Arundel County
Courthouse; Marjorie Schenck, Anne Arundel County
Courthouse; Patrick J. Smith; Joan E. Ryon, c/o Family
Services Div.; William F. X. Becker, Jr.; Kevin P. Fay;
Timothy G. Casey; Joseph P. Manck; Jerome C. Schaefer;
Roger Perkins; George Lantzas; Francis T. Lacey; Greta
Vansusteren; Alan J. Goldstein; Robert Haeger; William
Noonan; Jeanette Barber; Richard P. Gilbert, Court of Spec
Appeals; Howard E. Friedman, Court of Spec Appeals; Milton
F. Clogg; Robert C. Maddox; James G. Hollis; Jeb Howard;
Damon K. Bernstein; Joan W. Ashworth; John Jude O'Donnell;
Roger W. Titus; Willaim T. Wood; James Robert Miller;
William C. Miller, Montgomery County Circuit Court; L.
Leonard Ruben, Montgomery County Circuit Court; William M.
Cave, Montgomery County Circuit Court; John J. Mitchell;
Craig Rice, c/o Montgomery County Circuit Court; Bettie
Skelton, c/o Montgomery County Circuit Court; Alan T. Fell,
c/o A.G.; William Foster, c/o A.G.; John Lucas, c/o A.G.;
TRW Information Services, c/o Resident Agent, George
Spriggs, Comptroller's Office; Larry Felton, c/o
Comptroller's Office; Jeffrey Taylor; Michael Dersookian;
Glenn M. Grossman; Clogg, Hollis & Maddox; Hanson,
O'Brien, Birney & Butler; Miller & Steinberg; Kupferberg &
Berstein; Milliken & Vansusteren; Melvin Hirschman;
Montgomery County Bar Association; Maryland State Bar
Association; Prasert Crupiti; Nara Crupiti; Niti Crupiti,
Defendants-Appellees.
 No. 89-2231.
 United States Court of Appeals, Fourth Circuit.
 Submitted: March 5, 1990.
Decided: March 23, 1990.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, District Judge. (C/A No. 89-3003-JFM))
 Eugene B. Anderson, Prisna Anderson, appellants pro se.
 Carolyn Annette Quattrocki, Office of the Attorney General of Maryland, Baltimore, Md.; Ronald Howard Jarashow, Franch & Jarashow, PA, Annapolis, Md.; David Ross Kinsley, Franch & Jarashow, PA, Baltimore, Md.; Shirlie Norris Lake, Eccleston & Wolf, Baltimore, Md., for appellees.
 D.Md.
 AFFIRMED.
 Before ERVIN, Chief Judge, and PHILLIPS and WILKINSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 The Andersons appeal from the district court's order dismissing their case for failure to comply with Fed.R.Civ.P. 8(a). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Anderson v. University of Maryland School of Law, C/A No. 89-3003-JFM (D.Md. Nov. 13, 1989). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED